BENJAMIN B. WAGNER
United States Attorney
Vincente A. Tennerelli
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CAPTAIN ANDRIS, et al,<br><br>　　　　　　　Defendants. | CASE NO.  2:15-CV-00043-JAM-AC<br><br>ORDER<br><br>COURT: Hon. John A. Mendez |

　　　The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

　　　IT IS ORDERED that,

　　　1. The Complaint be served upon the defendant by the relator;

　　　2. That all pleadings filed thus far in this matter, having not been filed under seal, shall remain unsealed and publicly available.

　　　3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

　　　4. The parties shall serve all notices of appeal upon the United States;

　　　5. All orders of this Court shall be sent to the United States; and that

　　　6. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise

[PROPOSED] ORDER　　　　　　　　　　　　　　　　1

discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED**,

This 15th day of _June, 2015.

/s/ John A. Mendez

Hon. John A. Mendez
United States District Court
Judge

[PROPOSED] ORDER

2

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that she is employed by the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on June 11, 2015, she served a copy of:

**[PROPOSED] ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Yasir Mehmood (Pro Per)
#68542-097
Nevada Southern Detention Center
2190 E. Mesquite Avenue
Pahrump, NV  89060

/s/ Joni L. Jones
Joni L. Jones